IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARIM HAKIMYAR, *et al.*,<br>         Plaintiffs,<br><br>v.<br><br>HABIB BANK LIMITED,<br>         Defendant. | Case No. 1:24-cv-00993-LGS-OTW<br><br>**ORAL ARGUMENT REQUESTED** |

**HABIB BANK LIMITED'S NOTICE OF ITS
MOTION TO DISMISS THE COMPLAINT FOR
FAILURE TO STATE A CLAIM AND LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Habib Bank Limited, by and through undersigned counsel, hereby appears for the purpose of moving the Court, before the Honorable Judge Lorna G. Schofield, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing the Complaint for (i) failure to state a claim upon which relief can be granted under the Anti-Terrorism Act, 18 U.S.C. § 2333 ("ATA"); and (ii) lack of personal jurisdiction over Habib Bank Limited. A memorandum of law in support of this Motion is filed herewith.

Dated:   June 3, 2024
             Washington, DC

Pursuant to the Court's Individual Rule III.C.2, Defendant must submit a pre-motion letter before filing any motion to dismiss. So Ordered.

The Clerk of Court is respectfully directed to strike the filings at Dkts. 10 and 11.

Dated: June 5, 2024
            New York, New York

Respectfully submitted,

**WHITE & CASE**
s/ *Christopher M. Curran*
Christopher M. Curran
Claire A. DeLelle
Celia A. McLaughlin (*admission pending*)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:      + 1 202 626 3600
Facsimile:        + 1 202 639 9355

**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**

ccurran@whitecase.com
cdelelle@whitecase.com
cmclaughlin@whitecase.com

*Counsel for Habib Bank Limited*