WHITE & CASE

August 23, 2024

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

**Re: *Hakimyar v. Habib Bank Limited*, Case No. 1:24-cv-00993-LGS-OTW**

Dear Judge Schofield:

Pursuant to Rule III.B.6. of this Court's Individual Rules and Procedures for Civil Cases (revised July 22, 2024), Habib Bank Limited (HBL) hereby requests oral argument on its Motion to Dismiss (ECF No. 22) the *Hakimyar* Complaint.

The *Hakimyar* Complaint is virtually identical to the Complaints in the actions consolidated as *King v. Habib Bank Limited*, No. 20-cv-04322 (S.D.N.Y. June 5, 2020). As set forth in HBL's briefs (ECF Nos. 23, 26), after this Court allowed secondary-liability claims to proceed in *King*, the Supreme Court decided *Twitter, Inc. v. Taamneh*, 598 U.S. 471 (2023). *Twitter* overruled crucial aspects of law previously applied by the Second Circuit, and followed by this Court in *King*, on the standard for pleading the "knowing and substantial assistance" element of aiding-and-abetting liability. Likewise, also after this Court's decision in *King*, the Second Circuit in *Freeman v. HSBC Holdings, PLC*, 57 F.4th 66 (2d Cir. 2023), clarified the requirements to plead ATA conspiracy liability. HBL believes that oral argument would assist the Court in applying these new standards in adjudicating the Motion to Dismiss.

Respectfully submitted,

*s/ Christopher M. Curran*
Christopher M. Curran
Claire A. DeLelle
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: + 1 202 626 3643
ccurran@whitecase.com
cdelelle@whitecase.com

*Counsel for Defendant Habib Bank Limited*